Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 62940.—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 58/11220 (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

No. 62941.—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/9504 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MARCH 31, 1959

No. 62942.—Hudson Shipping Co., Inc. *v.* United States, protest 58/2817(B).— Plaintiff's application for rehearing granted.

MARCH 30, 1959

No. 62943.—SUIT 4967.—Stoeger Arms Corp. *v* United States.— A.R.D. 86 affirmed December 15, 1958. C.A.D. 696.

MARCH 31, 1959

No. 62944.—SUIT 4947.—United States *v.* Loffredo Bros. and Gehrig Hoban & Co., Inc.— reversed December 15, 1958. C.A.D. 697.

BEFORE THE FIRST DIVISION, APRIL 6, 1959

No. 62945.—Arnold Hoffman & Co., Incorporated *v.* United States, protests 289646-K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of acrylic resin, made into partly finished articles, similar

in all material respects to the merchandise the subject of *J. B. Henriques, Inc.* v. *United States* (46 C.C.P.A. 54, C.A.D. 695), the claim of the plaintiff was sustained.

**No. 62946.**—J. B. Henriques, Inc. *v.* United States, protests 304863–K, 264512–K, and 268942–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of acrylic resin, made into partly finished articles, similar in all material respects to the merchandise the subject of *J. B. Henriques, Inc.* v. *United States* (46 C.C.P.A. 54, C.A.D. 695), the claim of the plaintiff was sustained.

**No. 62947.**—Burleigh Brooks, Inc. *v.* United States, protests 58/4635, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61107, the claim of the plaintiff was sustained.

**No. 62948.**—R. H. Macy & Co., Inc. *v.* United States, protests 58/8818, 58/9203, and 58/9633 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

**No. 62949.**—S. S. Stafford, Inc. *v.* United States, protest 58/14325 (New York).